STEVEN G. KALAR
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant MCGOWAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 12-00524 YGR |
| Plaintiff, ) | **SECOND** |
| ) | **AMENDED** STIPULATION AND |
| v. ) | ORDER CONTINUING STATUS RE: |
| ) | SUPERVISED RELEASE |
| ) | |
| SHAWNCY MCGOWAN, ) | |
| ) | |
| Defendant. ) | |

    IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date in this case, currently set for Thursday, July 23, 2015, at 3:00 p.m. before Honorable Yvonne Gonzalez Rogers, may be continued three months to Wednesday, October 21, **2015,** at 10:00 a.m. for status regarding supervised release.  This request is made at the suggestion of United States Probation Officer Alton Dural who has been supervising Ms. McGowan.  Ms. McGowan recently suffered an unexpected personal tragedy in the family which has been devastating for her.  The requested continuance will enable the probation officer to monitor Ms. McGowan and ensure that she is getting and utilizing the services and support that she desperately needs at this time.

*U.S. v.Shawncy McGowan*, CR 12-00524 YGR
Stip to Cont. Status re: Supervised Release		- 1 -

DATED: 7/20/15  _____/s/_____
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 7/20/15  _____/s/_____
THOMAS R. GREEN
Assistant United States Attorney

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date in this case, currently set for Thursday, July 23, 2015, at 3:00 p.m. before Honorable Yvonne Gonzalez Rogers, is hereby continued three months to Wednesday, October 21, **2015**, at 10:00 a.m. for status regarding supervised release.

SO ORDERED.

DATED:    July 21, 2015      _____
YVONNE GONZALEZ ROGERS
United States District Judge